[No. 31025-6-III.   Division Three.   September 25, 2014.]

*In the Matter of the Marriage of* BRANDON MUNN, *Respondent*, and AMANDA MUNN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-3-00273-2, Vic L.VanderSchoor, J., entered June 27, 2012. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[Nos. 31260-7-III; 31443-0-III.   Division Three.   September 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WAYNE HALLS, *Appellant*.

*In the Matter of the Personal Restraint of* DAVID WAYNE HALLS, *Petitioner*.

Appeal from a judgment of the Superior Court for Benton County, No. 12-1-00610-9, Carrie L. Runge, J., entered October 9, 2012, together with a petition for relief from personal restraint. Judgment *affirmed in part* and *remanded with instructions* and petition *dismissed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Lawrence-Berrey, JJ.

[No. 31377-8-III.   Division Three.   September 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ARMANDO CORTEZ LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 12-1-00349-7, David A. Elofson, J., entered January 3, 2013. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.